**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF VIRGINIA**
**ROANOKE DIVISION**

| | | |
|---|---|---|
| MISTI DAWN TOLLIVER, | ) | |
|     Petitioner, | ) | Civil Action No. 7:14cv00120 |
| | ) | |
| v. | ) | **FINAL ORDER** |
| | ) | |
| MARK HERRING, | ) | By: Michael F. Urbanski |
|     Respondent. | ) | United States District Judge |

In accordance with the Memorandum Opinion entered this day, it is hereby **ORDERED** and **ADJUDGED** that Tolliver's 28 U.S.C. § 2254 petition is **DISMISSED without prejudice** and this action shall be **STRICKEN** from the active docket of the court.

Further, finding that Tolliver has failed to make a substantial showing of the denial of a constitutional right as required by 28 U.S.C. § 2253(c), a certificate of appealability is **DENIED**.

The Clerk is directed to send copies of this order and the accompanying memorandum opinion to petitioner.

                                           Entered: March 31, 2014

                                           */s/ Michael F. Urbanski*

                                           Michael F. Urbanski
                                           United States District Judge